## JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC d/b/a TRANSUNION SMARTMOVE,<br><br>        Defendant. | Case No. 2:20-cv-05197-DDP-JPR<br><br>Hon. Dean D. Pregerson<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC** |

Plaintiff Michael Smith and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Michael Smith against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED   October   19,      2020.

**HONORABLE DEAN D. PREGERSON**
UNITED STATES DISTRICT JUDGE

3901510.1

1